IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40441
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DERRICK MARKEIST WILLIAMS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CR-36-41
- - - - - - - - - -
February 14, 1997

Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Derrick Markeist Williams appeals his guilty-plea conviction for using or carrying a firearm in relation to a drug trafficking crime in violation of 18 U.S.C. § 924(c)(1). Williams argues that there is no factual basis for the plea in light of the Supreme Court's decision in Bailey v. United States, 116 S. Ct. 501 (1995).

Assuming that the Bailey decision renders the facts adduced at the plea hearing insufficient to support Williams's "use" of

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

the firearm, we conclude that sufficient facts were adduced to support Williams's "carrying" of the firearm in violation of the statute.  See United States v. Rivas, 85 F.3d 193, 195 (5th Cir.), cert. denied, 117 S. Ct. 593 (1996).  The judgment of the district court is AFFIRMED.